# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 20, 2016

_____

RESPONSE REQUESTED
_____

No. 16-5,       In re: Brandon Basham
                4:02-cr-00992-JFA-2

TO:    Robert Frank Daley
       Thomas Ernest Booth

RESPONSE DUE: 05/26/2016

Response is required to the motion for authorization to file successive habeas application on or before 05/26/2016.

RJ Warren, Deputy Clerk
804-916-2702