# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
# OFFICE OF THE CLERK

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Patricia S. Connor
Clerk

Telephone
804-916-2700

May 20, 2016

_____

## PARTIAL RECORD REQUEST
_____

No. 16-5,      In re: Brandon Basham
              4:02-cr-00992-JFA-2

TO:  Robin L. Blume
     UNITED STATES DISTRICT COURT
     District of South Carolina
     401 West Evans Street
     Florence, SC 29501


PARTIAL RECORD DUE:  May 25, 2016

Please transmit to this office a partial record in the above-referenced case, consisting of the following:

**Pre-Sentence Report**

If there is any problem with transmission of the partial record, please notify me.

RJ Warren, Deputy Clerk
804-916-2702