No. 16-5

---

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

## IN RE BASHAM,

## Movant.

---

## CERTIFICATE OF SERVICE

---

Respectfully submitted,

JON M. SANDS
Federal Public Defender

LETICIA MARQUEZ
Assistant Federal Public Defender
LINDSEY LAYER
Research and Writing Specialist
407 West Congress Street
Tucson, Arizona 85701-1310
Phone: (520) 879-7622
Facsimile: (520) 622-6844
Leticia_marquez@fd.org
Lindsey_layer@fd.org
*Attorneys for Movant Basham*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2016, I electronically filed a Motion for Authorization to File Successive Motion under 28 U.S.C. § 2255, Exhibits 1 through 4, and a Notice of Appearance of Counsel, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. Thomas E. Booth, Department of Justice, and Robert Frank Daley, Jr., Assistant U.S. Attorney. I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participants: N/A

s/Tamelyn McNeill
Assistant Paralegal
Federal Public Defender's Office
District of Arizona
Capital Habeas Unit