UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,      :
                                      :

      Plaintiff-Respondent      :

                                      :

      v.                              :       No. 16-5

                                      :

BRANDON L. BASHAM,         :

                                      :

      Defendant-Movant      :

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE MOTION**

The United States respectfully moves this Court to enter an order extending the due date for its response to Basham's application to file a successive motion under 28 U.S.C. § 2255 by eight days, to an including June 3, 2016. The response to Basham's motion is currently due on May 26, 2016. In support of this motion, the government states the following:

1.      Basham has filed an application under 28 U.S.C. § 2255(h) to file a successive motion under 28 U.S.C. § 2255 on the ground that his conviction for using and carrying a firearm during a crime of violence under 18 U.S.C. § 924(c), is infirm under <u>Johnson</u> v. <u>United States</u>, 135 S. Ct. 2551 (2015).

2.      Basham was convicted of carjacking and kidnapping that resulted in the death of Alice Donovan and was sentenced to death. He was also convicted of, among other things, conspiracy to use and carry firearms during and in relation to crimes of violence under 18 U.S.C. § 924(o), and a substantive Section 924(c)

offense.  He was sentenced to 744 months of imprisonment on those counts.  This Court affirmed the judgment on direct appeal.  United States v. Basham, 561 F.3d 302 (4th Cir. 2009), cert. denied, 560 U.S. 938 (2010).  This Court affirmed the denial of Basham's motion to vacate his sentence under 28 U.S.C. § 2255.  United States v. Basham, 789 F.3d 358 (4th Cir. 2015), cert. denied, 136 S. Ct. 1449 (2016).

3.  Basham has filed an application to file a successive motion under Section 2255(h) to invalidate his Section 924(c) conviction in light of Johnson.  Government counsel will need additional time to respond to the issue raised in this application. The Department of Justice is currently evaluating its litigating position with respect to the impact of Johnson on numerous criminal statutes, including 18 U.S.C. § 924(c).  The additional time will be necessary to ensure that the response to Basham's motion fully reflects the position of the Department of Justice.

5.  Lindsey Layer, counsel for Basham, consents to this motion.

Because this motion is made in good faith and not for purposes of delay, the government respectfully requests that the Court extend its deadline to file a response motion to brief to June 3, 2016.

Respectfully submitted,

LESLIE R. CALDWELL
Assistant Attorney General

SUNG-HEE SUH
Deputy Assistant Attorney General

/s/Thomas E. Booth
THOMAS E. BOOTH
Attorney
Criminal Division, Appellate Section
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530
(202) 514-5201
Thomas.booth@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2016, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system:

Lindsey Layer

Counsel for Brandon Basham

/s/Thomas E. Booth
